```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
    SCOTT N. JOHNSON,
 9
                                        NO. CIV. S-07-1829 LKK/DAD
10          Plaintiff,
11     v.                                       O R D E R
12  STEVEN D. ADAMS; DIANE L.
    ADAMS; SACRAMENTO FAMILY
13  MEDICAL CLINIC, INC.,
    individually and d/b/a
14  SACRAMENTO FAMILY MEDICAL
    CLINIC,
15
            Defendants.
16                                          /
17  SCOTT N. JOHNSON,
                                        NO.  CIV. S-07-1845 LKK/DAD
18          Plaintiff,
19     v.
20  AARON E. ADAIR and BARBARA A.
    ADAIR, each individually and
21  each as TRUSTEES OF THE ADAIR
    REVOCABLE LIVING TRUST, dated
22  February 28, 1986, SACRAMENTO
    FAMILY MEDICAL CLINIC, INC.,
23  individually and d/b/a/
    SACRAMENTO FAMILY MEDICAL
24  CLINIC,
25          Defendants.
26                                          /
```

1

```
 1  SCOTT N. JOHNSON,
                                              NO. CIV. S-07-1846 LKK/DAD
 2           Plaintiff,

 3       v.

 4  WERTHMANN FAMILY PARTNERSHIP,
    L.P.; SACRAMENTO FAMILY
 5  MEDICAL CLINIC, INC.,
    individually and d/b/a
 6  SACRAMENTO FAMILY MEDICAL
    CLINIC,
 7
             Defendants.
 8  _____/

 9  SCOTT N. JOHNSON,
                                              NO. CIV. S-07-1851 LKK/DAD
10           Plaintiff,

11       v.

12  SYLVA FAMILY PROPERTIES, a
    California General Partnership;
13  SACRAMENTO FAMILY MEDICAL
    CLINIC, INC., individually
14  and d/b/a SACRAMENTO FAMILY
    MEDICAL CLINIC,
15
             Defendants.
16  _____/
```

A status conference was held in chambers on January 7, 2008 regarding cases Civ. S-07-1845 LKK, Civ,. S-07-1846 LKK and Civ. S-07-1851 LKK. After hearing, the court orders as follows:

1.  Johnson v. Adams, et al., No. 2:07-cv-01829-LKK-DAD, Johnson v. Adair, et al., No. 2:07-cv-01845-LKK-DAD, Johnson v. Werthmann, et al., No. 2:07-cv-1846-LKK-DAD and Johnson v. Sylva, et al., No. 2:07-cv-1851-LKK-DAD are hereby CONSOLIDATED;

2.  Case No. 2:07-cv-01829-LKK-DAD is designated as the "master file;"

1  3.  The Clerk is directed to copy the operative complaints
2      and the answers to the complaints in case Nos. 2:07-cv-
3      01845-LKK-DAD, 2:07-cv-1846-LKK-DAD and 2:07-1851-LKK-
4      DAD and to place those copies in the "master file;"
5  4.  The Clerk is directed to administratively close case
6      Nos. 2:07-cv-01845-LKK-DAD, 2:07-cv-1846-LKK-DAD and
7      2:07-cv-1851-LKK-DAD;
8  5.  The parties are directed to file all future pleadings
9      only in case no. 2:07-cv-01829-LKK-DAD;
10 IT IS SO ORDERED.
11 DATED:  January 8, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT